MURIEL BUELL, Respondent, v. JEFFERSON LIVINGSTON, Appellant. (Appeal No. 1.) — Appeal discontinued, without costs in open court. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

MURIEL BUELL, Respondent, v. JEFFERSON LIVINGSTON, Appellant. (Appeal No. 2.) — Appeal discontinued, without costs in open court. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

HEINRICH CHARLES, Respondent, v. CARL H. LINDEMANN and Others, Appellants.— Appeal dismissed, without costs. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of MINNIE WESSLOCK, Complainant, Respondent, v. ANTHONY A. SCHULTZ, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

MARIA CUCUNATO and Another, as Administrators, etc., of LUIGI CUCUNATO, Deceased, Respondents, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal discontinued, without costs in open court. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

HELEN S. DECKER, Respondent, v. JAMES W. YINGLING, Individually, and JAMES W. YINGLING and Another, as Executors, etc., of JAMES B. THOMPSON, Deceased, Appellants.— Appeal dismissed, without costs. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

MARY EILERMAN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Appeal discontinued, without costs in open court. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

MANUEL GONZALEZ, Respondent, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Another, Appellants.— Appeal discontinued, without costs in open court. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

ERNEST KAMPS, Appellant, v. JOHANNA VOSS, Respondent.— Appeal dismissed, without costs. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

ALEX NIELSEN, Respondent, v. LLOYD ROYAL BELGE (GREAT BRITAIN), LTD., Appellant.— Appeal discontinued, without costs in open court. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

HARRY J. PEARSON, as Administrator, etc., of CARRIE S. PEARSON, Deceased, Respondent, v. THE KINGS COUNTY SAVINGS BANK, Defendant, Impleaded with ANNA M. PEARSON, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.

HARRY TUROFF and Another, Appellants, v. WILLIAMSBURGH PHOTO PLAYS CORPORATION, Appellant.— Appeal dismissed, without costs. Kelly, P. J., Manning, Kelby and Kapper, JJ., concur.